This is to advise that on February 8, 2010

Judge Judith M. Barzilay

Issued CONFIDENTIAL Slip Opinion 10-14

In action

Ct. No. 06-00038

Lemans Corporation,
(Plaintiff,)

v.

United States,
(Defendant.)