Form 3

**FORM 3. Notice of Appeal to the United States Court of Appeals for the Federal Circuit from a Judgment or Order of the UNITED STATES COURT OF INTERNATIONAL TRADE**

## United States Court of International Trade

Case Number <u>06-00038</u>

<u>LeMans Corporation</u>, Plaintiff,

v. **NOTICE OF APPEAL**

<u>United States</u>, Defendant.

Notice is hereby given that <u>LeMans Corporation</u> (name all parties* taking the appeal) in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the <u>final judgment</u> (from the final judgment) ((from an order) (describe the order)) entered in this action on <u>February 8</u>, <u>2010</u> (date).

*/s/ Thomas J. O'Donnell*
(Signature of appellant or attorney)

Thomas J. O'Donnell
Rodriguez O'Donnell Gonzalez & Williams PC
8430 West Bryn Mawr Avenue, Ste. 525
Chicago, IL 60631

(Address of appellant or attorney)

*See Fed. R. App. P. 3(c) for permissible ways of identifying appellants.